April 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HELEN MAYFIELD, Appellant

NO. 14-12-00308-CV                              V.

HARRIS COUNTY, Appellee

_____

This cause, an appeal from an order sustaining a contest to appellant's affidavit of indigence signed March 19, 2012, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in sustaining the contest. We therefore order the judgment signed March 19, 2012, **REVERSED** and **RENDER** judgment that appellant is entitled to proceed in her appeal from the summary judgment signed December 12, 2011, without the advance payment of costs.

We further order this decision certified below for observance.